IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SCOTT MOORE,
JAMES LONG, AND NANCY PERRY,
on behalf of themselves and all others
similarly situated,

*Plaintiffs*,

Case No. 18-02329

v.

KRIS KOBACH, in his individual capacity
and official capacity as
the Secretary of State of Kansas,
*Defendant*.

## PLAINTIFFS DESIGNATION OF PLACE OF TRIAL

Pursuant to D. Kan. R. 40.2, plaintiffs request that the trial in this action be held in Kansas City, Kansas.

Respectfully submitted,

By: /s Lauren Bonds
Lauren Bonds, KS No. 27807
ACLU Foundation of Kansas
6701 W. 64th Street, Ste. 210
Overland Park, KS 66202
Phone: (913) 490-4100
lbonds@aclukansas.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2018 I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, and will be hand-delivered to defendant along with the Complaint and waiver of summons

/s/ Lauren Bonds
Lauren Bonds