**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

SCOTT MOORE, *et al.,*                )
                                                        )
                          Plaintiffs,        )
                                                        )
          v.                                          )          Case. No. 18-cv-2329-CM-KGG
                                                        )
KRIS W. KOBACH,                        )
                                                        )
                          Defendant.       )
_____)

## NOTICE OF WITHDRAWAL AS COUNSEL

**COMES NOW,** Stephen Phillips, Assistant Attorney General, pursuant to D. Kan. Rule

83.5.5(b), and respectfully notifies the Court, the Plaintiffs, and Defendant Kris Kobach of his

withdrawal of counsel in the above-captioned case. Stanley R. Parker will remain as counsel of

record.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stephen Phillips*
Stephen Phillips, No. 14130
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: 785.368.8421
Fax: 785.296.6296
Email: steve.phillps@ag.ks.gov
*Attorneys for Defendant Kris Kobach*

## <u>CERTIFICATE OF SERVICE</u>

     This is to certify that a copy of the foregoing was filed with the Court through electronic filing (CM/ECF), giving notice to counsel of record on this 31st day of August, 2018.


          *s/ Stephen Phillips*
          Stephen Phillips
          Assistant Attorney General