**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SCOTT MOORE, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case. No. 18-cv-2329-CM-KGG |
| | ) | |
| KRIS W. KOBACH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>DEFENDANT'S MOTION TO DISMISS</u>

COMES NOW the Defendant, Kris Kobach, pursuant to Fed. R. Civ. P. 12(b)(6), and moves the Court for an order dismissing plaintiffs complaint for failure to state a claim upon which relief can be granted.  Pursuant to local rule D. Kan. 7.1(a), filed simultaneously herewith is a memorandum of arguments and authorities in support hereof.

WHEREFORE, for the above and foregoing reasons, and those set forth in his memorandum of arguments and authorities in support hereof, Defendant Kris Kobach respectfully request this motion be granted an order entered dismissing plaintiffs complaint, and for such other relief as the court deems just and equitable.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597

Phone: (785) 368-8423
Fax:    (785) 291-3767
stanley.parker@ag.ks.gov
*Attorney for Defendant Kris Kobach*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2018, the above and foregoing DEFENDANT'S MOTION TO DISMISS was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record:

Lauren Bonds
ACLU Foundation of Kansas
6701 W. 64th St., Suite 210
Overland Park, KS 66202

Mark P. Johnson
Dentons US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
*Attorneys for Plaintiffs*

*/s/ Stanley R. Parker*
Stanley R. Parker