# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *Scott Moore et. al.*, | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 18-cv-02329 |
| | ) |
| *Scott Schwab, in his official capacity as Kansas Secretary of State*, | ) |
| | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Scott Moore, Nancy Perry, and James Long, and Defendant Scott Schwab, through their undersigned counsel, hereby respectfully and jointly submit this Stipulation of Dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/ Lauren Bonds
LAUREN BONDS, 27807
ZAL K. SHROFF, 28013
ACLU Foundation of Kansas
6701 W 64th Street, Suite 210
Overland Park, KS 66202
Tel: (913) 490-4114
Fax: (913) 490-4119

MARK P. JOHNSON, 22289
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
Tel: (816) 460-2400
Fax: (816) 531-7545

Attorneys for Plaintiffs

/s/ Stanley R. Parker
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial
Counsel 120 SW 10th Avenue, 2nd
Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax: (785) 291-3767

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Zal K. Shroff
Zal K. Shroff